IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID MCARTHUR, JEAN MCARTHUR, | § § § § § | |
| *Plaintiffs,* | § § | |
| vs. | § § | SA-21-CV-00211-OLG |
| SAFECO INSURANCE COMPANY OF INDIANA, | § § § § | |
| *Defendant.* | § § § | |

## **ORDER**

Before the Court in the above-styled cause of action is Defendant Safeco's Notice of Objections to Plaintiffs' Notice of Intent to Take Oral Deposition of Andre Ware and/or Opposed Motion to Vacate the Notice of Deposition [#22]. The motion was referred to the undersigned for disposition on February 22, 2022, and the undersigned set a hearing for March 15, 2022 [#23]. On March 9, 2022, the parties filed a joint Motion to Vacate Hearing [#26]. In their motion the parties indicate that they have reached an agreement regarding the challenged notice of deposition and jointly request to cancel the hearing. In light of the parties' resolution of the outstanding issues,

**IT IS HEREBY ORDERED** that the joint Motion to Vacate Hearing [#26] is **GRANTED**.

**IT IS FURTHER ORDERED** that Notice of Objections to Plaintiffs' Notice of Intent to Take Oral Deposition of Andre Ware and/or Opposed Motion to Vacate the Notice of Deposition [#22] is **DISMISSED AS MOOT**.

1

**IT IS FINALLY ORDERED** that the hearing set for 10:30 a.m. on March 15, 2022, is **CANCELLED**.

SIGNED this 10th day of March, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE